| Prob 22 (9/00) | | DOCKET NUMBER (Tran Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 1:11CR376-1 |
| | | DOCKET NUMBER (Rec Court) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>EROY WILLIAMS | DISTRICT<br><br>Eastern District of North Carolina | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>The Honorable James C. Fox. | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 7/12/2011 — TO 7/11/2016 |

OFFENSE
21:846 Conspiracy to Possess with Intent to Distribute Cocaine Base (Crack)

FILED IN THIS OFFICE DEC 18 2015 Clerk U.S. District Court Greensboro, NC

## PART 1 - ORDER TRANSFERRING JURISDICTION
UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

**IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the EASTERN DISTRICT OF NORTH CAROLINA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

November 12, 2015
Date

United States District Judge

* This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION
UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA

**IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12/3/15
Date

United States District Judge

A True Copy
Teste:
John S. Brubaker, Clerk
By:
Deputy Clerk

Case 7:98-cr-00061-F   Document 48   Filed 12/22/15   Page 1 of 1